# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

**<u>Via ECF</u>**                                                                                   July 22, 2025

The Honorable Katherine P. Failla (U.S.D.J.)
U.S. District for the Southern District of New York
40 Foley Square
New York, NY 10007



                    Re:     *Sattyakam v. ISSM Protective Services Inc.*
                            <u>Case No.: 1:25-cv-03675</u>

Dear Judge Failla:

        We are counsel for the Plaintiff in the above referenced matter. We write pursuant to the Court's Order, dated May 15, 2025 (Dkt. No. 6). That Order directed the parties to jointly submit a proposed Case Management Plan and Scheduling Order by the Thursday of the week prior to the initial pretrial conference, currently scheduled for July 29, 2025.

        On May 28, 2025, Plaintiff served on Defendant a copy of the Court's Order regarding the Notice of Initial Pretrial Conference. *See* Dkt. No. 8. As of the date of this letter no appearance has been made for Defendant. On July 9, 2025, at Plaintiff's request, the Clerk of the Court issued a certificate of Default as to Defendant ISSM Protective Services Inc., the sole defendant in this action (*see* Dkt. No. 11). Plaintiff is presently preparing the motion for default judgement.

        In view of the above, Plaintiff respectfully requests the Court cancel the Initial Conference scheduled for July 29, 2025, and grant Plaintiff leave to file the anticipated motion for default judgement by August 22, 2025

        We thank the Court for its attention to this matter.

Respectfully submitted,

<u>/s/ C.K. Lee         </u>
C.K. Lee, Esq.

cc: all parties via ECF

Application GRANTED.  In light of the above, the initial pretrial conference currently scheduled for July 29, 2025, is hereby ADJOURNED *sine die*. The Court will expect to receive Plaintiff's motion for default judgment on or before August 22, 2025.

The Clerk of Court is directed to terminate the pending motion at docket entry 12.

Dated:    July 23, 2025            SO ORDERED.
          New York, New York


                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE