UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NUR SATTYAKAM,

        Plaintiff,

v.

ISSM PROTECTIVE SERVICES INC.,

        Defendants.

Case No.: 1:25-cv-03675

**[PROPOSED]
DEFAULT JUDGMENT**

---

This action having been commenced on May 2, 2025, by the filing of the Summons and Complaint. Defendant ISSM PROTECTIVE SERVICES INC., having failed to appear or respond to the Summons and Complaint, it is

**ORDERED, ADJUDGED AND DECREED**:

1. That Plaintiff NUR SATTYAKAM, has judgment against Defendant ISSM PROTECTIVE SERVICES INC., jointly and severally, for a total of **$13,873.12** in damages as follows:

| | |
|---|---:|
| Unpaid Overtime Wages due to Time-shaving | $1,078.45 |
| Unpaid Spread of Hours Premiums | $939.64 |
| Unpaid Uniform Expenses | $368.47 |
| Liquidated Damages for Unpaid Wages, Premiums, and Expenses | $2,386.56 |
| Statutory Penalties due to WTPA Violations | $9,100.00 |
| **TOTAL DAMAGES** | **$13,873.12** |

Dated: _____
      New York, New York

_____
Katherine Polk Failla
United States District Judge

This document was entered on the docket on

_____