# Lee Litigation Group, PLLC
### 148 West 24th Street, Eighth Floor
### New York, NY 10011
### Tel: 212-465-1180
### Fax: 212-465-1181
### info@leelitigation.com

<u>**Via ECF**</u>  October 8, 2025

The Honorable Katherine P. Failla (U.S.D.J.)
U.S. District for the Southern District of New York
40 Foley Square
New York, NY 10007



Re: *Sattyakam v. ISSM Protective Services Inc.*
    Case No.: 1:25-cv-03675

Dear Judge Failla:

We are counsel for Plaintiff in the above referenced matter. We write pursuant to the Court's Order, dated August 25, 2025 (Dkt. No. 18). That Order directed Defendant to show cause "as to why a Default Judgment ought not be entered against it, pursuant to Federal Rule of Civil Procedure 55(b)(2), in favor of Plaintiff, based upon Defendant's failure to answer or otherwise appear in this action." The Order set a briefing schedule on Plaintiff's motion for default judgment and scheduled a hearing for October 28, 2025.

By the Court's Order, Defendant's opposition was due by October 7, 2025. *Id*. As of the date of this letter, Defendant has not opposed Plaintiff's motion.

In view of the above, Plaintiff respectfully requests that the Court cancel the hearing scheduled for October 28, 2025, and decide Plaintiff's motion based on the submission.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc: all parties via ECF

```
Application DENIED.  The Court will hold the October 28, 2025 hearing as
scheduled.  If Plaintiff wishes to make it telephonic, he may file a
letter request on the docket.

The Clerk of Court is directed to terminate the pending motion at docket
entry 20.
```

Dated:  October 9, 2025          SO ORDERED.
        New York, New York

                                 *Katherine Polk Failla*

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE