UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUR SATTYAKAM, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

Plaintiff,

-v.-

ISSM PROTECTIVE SERVICES INC.,

Defendant.

25 Civ. 3675 (KPF)

**DEFAULT JUDGMENT**

KATHERINE POLK FAILLA, District Judge:

This action having been commenced on May 2, 2025 (Dkt. #1), the Summons and Complaint in this action having been duly served on the above-named Defendant ISSM PROTECTIVE SERVICES INC., said Defendant having failed to appear in or defend this action, said Defendant having failed to respond to the Court's Order to Show Case dated August 25, 2025 (Dkt. #18), and said default having been duly noted, and upon the declaration in support of entry of default judgment, with exhibits thereto;

Now, on motion of Lee Litigation Group, PLLC, counsel for Plaintiff, it is hereby

ORDERED and ADJUDGED that Defendant ISSM PROTECTIVE SERVICES INC. is liable to Plaintiff NUR SATTYAKAM under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219; various provisions of New York Labor Law, including Sections 198 and 663; the New Jersey Wage Payment Law, N.J.S.A. §§ 34:11-4.1 to 34:11-4.14; the New Jersey Wage and Hour Law, N.J.S.A. §§ 34:11-56a to 34:11-56a30; and the Massachusetts Fair Wage Law,

M.G.L. c. 151, §§ 1-22, as alleged in the complaint in this action, for a total of **$13,873.12** in damages as follows:

| | |
|---|---:|
| Unpaid Overtime Wages due to Time-shaving | $1,078.45 |
| Unpaid Spread of Hours Premiums | $939.64 |
| Unpaid Uniform Expenses | $368.47 |
| Liquidated Damages for Unpaid Wages, Premiums, and Expenses | $2,386.56 |
| Statutory Penalties due to WTPA Violations | $9,100.00 |
| **TOTAL DAMAGES** | **$13,873.12** |

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:    October 28, 2025
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2